BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin Materials,
Inc., John Bissell, Pia Heidenmark Cook,
Kathleen B. Fish, William Harvey, Craig
A. Rogerson, Jim Stephanou, R. Tony Tripeny,
Rich Riley, Karen Richardson, Benno O.
Dorer, and Charles Drucker*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No.: 2:25-CV-00777-WBS-JDP |
| ——————————————— | (Consolidated) |
| THOMAS KASPAR, derivatively on behalf of ORIGIN MATERIALS, INC., | **JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN BISSELL, PIA HEIDENMARK COOK, KATHLEEN B. FISH, WILLIAM HARVEY, CRAIG A. ROGERSON, JIM STEPHANOU, R. TONY TRIPENY, RICH RILEY, KAREN RICHARDSON, BENNO O. DORER, and CHARLES DRUCKER, Defendants, | |
| ------------------------------ | |
| This Document Relates To | |
| ALL ACTIONS. | |

INT STIP AND
DER TO CONTINUE CMC
SE NO. 2:25-CV-00777-WBS-JDP

Defendants in the above-captioned case, John Bissell, Pia Heidenmark Cook, Kathleen B. Fish, William Harvey, Craig A. Rogerson, Jim Stephanou, R. Tony Tripeny, Rich Riley, Karen Richardson, Benno O. Dorer, and Charles Drucker (the "Individual Defendants"), and nominal defendant Origin Materials, Inc. ("Origin" or the "Company" and, with the Individual Defendants, "Defendants"), and Plaintiffs Thomas Kaspar and Travis Tanasse (together, "Plaintiffs", and with the Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 7, 2025, Plaintiff Thomas Kaspar filed a verified shareholder derivative complaint in this Court (the "Kaspar Action");

WHEREAS, on March 10, 2025, Plaintiff Travis Tanasse filed a verified shareholder derivative complaint in this Court (the "Tanassee Action");

WHEREAS, on May 30, 2025, the Court issued an order relating the Kaspar Action and the Tanassee Action (ECF No. 16), and an order setting a Case Management Conference in the Kaspar Action for September 22, 2025, at 1:30 pm (ECF No. 17);

WHEREAS, on June 6, 2025, the Court issued an order on the Parties' Stipulation Consolidating and Staying Shareholder Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs, which consolidated the *Kaspar* and *Tanassee* Actions and stayed the consolidated case (ECF No. 19);

WHEREAS, the Parties have no updates to share at this time, and believe it would be most efficient to continue the existing

Case Management Conference until late October;

WHEREAS, on September 9, 2025, counsel for Defendants exchanged email correspondence with the Court's Deputy, with counsel for Plaintiffs copied, and confirmed October 20, 2025 would be available for the Case Management Conference;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, that the Case Management Conference set for September 22, 2025 at 1:30 pm be continued to October 20, 2025 at 1:30 pm.


Dated: September 9, 2025              FRESHFIELDS US LLP

                                By:  */s/ Boris Feldman*
                                        Boris Feldman

                                *Attorneys for Defendants*


Dated: September 9, 2025              WOLF HALDENSTEIN ADLER
                                     FREEMAN & HERZ LLP

                                By:  */s/ Alex Tramontano*
                                *As authorized on September 9, 2025*

                                Betsy C. Manifold
                                Rachele R. Byrd
                                Alex J. Tramontano
                                750 B Street, Suite 1820
                                San Diego, CA 92101
                                Tel: (619) 239-4599
                                Fax: (619) 234-4599
                                manifold@whafh.com
                                byrd@whafh.com
                                tramontano@whafh.com

                                RIGRODSKY LAW, P.A.
                                Timothy J. MacFall
                                Samir Aougab
                                825 East Gate Boulevard, Suite 300
                                Garden City, NY 11530
                                Tel: (516) 683-3516
                                tjm@rl-legal.com
                                sa@rl-legal.com

                                *Attorneys for Plaintiff Thomas*
                                *Kaspar and Co-Lead Counsel for*
                                *Plaintiffs*

Dated: September 9, 2025                    WOLF HALDENSTEIN ADLER
                                           FREEMAN & HERZ LLP

                                   By:  */s/ Alex Tramontano*
                                   *As authorized on September 9, 2025*

                                     Betsy C. Manifold
                                     Rachele R. Byrd
                                     Alex J. Tramontano
                                     750 B Street, Suite 1820
                                     San Diego, CA 92101
                                     Tel: (619) 239-4599
                                     Fax: (619) 234-4599
                                     manifold@whafh.com
                                     byrd@whafh.com
                                     tramontano@whafh.com

                                     KUEHN LAW, PLLC
                                     Justin A. Kuehn
                                     Molly Brown
                                     53 Hill Street, Suite 605
                                     Southampton, NY 11968
                                     Tel: (833) 672-0814
                                     justin@kuehn.law
                                     molly@kuehn.law

                                     *Attorneys for Plaintiff Travis*
                                     *Tanasse and Co-Lead Counsel for*
                                     *Plaintiffs*


                                     *ORDER*


     Pursuant to the stipulation, IT IS SO ORDERED:

     The Scheduling Conference is continued to **October 20, 2025 at
1:30 pm.**  A joint status report shall be filed no later than
**October 6, 2025** in accordance with the Court's Order Re: Status
(Pretrial Scheduling) Conference filed May 30, 2025 (Docket #17).


Dated:  September 11, 2025        _____
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE