1  BORIS FELDMAN, State Bar No. 128838
   boris.feldman@freshfields.com
2  DORU GAVRIL, State Bar No. 282309
   doru.gavril@freshfields.com
3  CARL HUDSON, State Bar No. 317201
   carl.hudson@freshfields.com
   REBECCA LOCKERT, State Bar No. 348810
4  rebecca.lockert@freshfields.com
   FRESHFIELDS US LLP
5  855 Main Street
   Redwood City, CA 94063
   Telephone: (650) 618-9250

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No.: 2:25-CV-00777-WBS-JDP |
| | (Consolidated) |
| This Document Relates To | **JOINT STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE** |
| ALL ACTIONS CONSOLIDATED FROM: | |
| THOMAS KASPAR, derivatively on behalf of ORIGIN MATERIALS, INC., | |
|     Plaintiff, | |
|             v. | |
| JOHN BISSELL, PIA HEIDENMARK COOK, KATHLEEN B. FISH, WILLIAM HARVEY, CRAIG A. ROGERSON, JIM STEPHANOU, R. TONY TRIPENY, RICH RILEY, KAREN RICHARDSON, BENNO O. DORER, and CHARLES DRUCKER, | |
|     Defendants. | |

Defendants in the above-captioned case, John Bissell, Pia Heidenmark Cook, Kathleen B. Fish, William Harvey, Craig A. Rogerson, Jim Stephanou, R. Tony Tripeny, Rich Riley, Karen Richardson, Benno O. Dorer, and Charles Drucker (the "Individual Defendants"), and nominal defendant Origin Materials, Inc. ("Origin" or the "Company" and, with the Individual Defendants, "Defendants"), and Plaintiffs Thomas Kaspar and Travis Tanasse (together, "Plaintiffs", and with the Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 7, 2025, Plaintiff Thomas Kaspar filed a verified shareholder derivative complaint in this Court (the "Kaspar Action");

WHEREAS, on March 10, 2025, Plaintiff Travis Tanasse filed a verified shareholder derivative complaint in this Court (the "Tanasse Action");

WHEREAS, on May 30, 2025, the Court issued an order relating the Kaspar Action and the Tanasse Action (ECF No. 16);

WHEREAS, on June 6, 2025, the Court issued an order on the Parties' Stipulation Consolidating and Staying Shareholder Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs, which consolidated the Kaspar and Tanasse Actions and stayed the consolidated case (ECF No. 19);

WHEREAS, the Parties have agreed to a settlement in principle, and Plaintiffs anticipate filing a Motion for Preliminary Approval no later than October 17, 2025;

WHEREAS, the Parties anticipate that Plaintiffs shall notice

the Motion for Preliminary Approval for November 24, 2025, which according to the Court's Standard Information, is the next available hearing date if the Motion is filed on October 17, 2025;

WHEREAS, the Parties therefore believe that the Case Management Conference currently set for October 20, 2025, is unnecessary and should be vacated, subject to the Court's discretion and approval;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, that:

1. The Case Management Conference set for October 20, 2025 at 1:30 pm is hereby vacated.

2. Plaintiffs anticipate filing a Motion for Preliminary Approval no later than October 17, 2025, and noticing the Motion for November 24, 2025 at 1:30 p.m.


Dated: October 6, 2025              FRESHFIELDS US LLP

                                    By:  */s/ Boris Feldman*
                                            Boris Feldman

                                    *Attorneys for Defendants*


Dated: October 6, 2025              WOLF HALDENSTEIN ADLER
                                    FREEMAN & HERZ LLP

                                    By:  */s/ Alex Tramontano*
                                    *As authorized on October 6, 2025*

                                    Betsy C. Manifold
                                    Rachele R. Byrd
                                    Alex J. Tramontano
                                    750 B Street, Suite 1820
                                    San Diego, CA 92101
                                    Tel: (619) 239-4599
                                    Fax: (619) 234-4599
                                    manifold@whafh.com
                                    byrd@whafh.com
                                    tramontano@whafh.com

RIGRODSKY LAW, P.A.
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel: (516) 683-3516
tjm@rl-legal.com
sa@rl-legal.com

*Attorneys for Plaintiff Thomas
Kaspar and Co-Lead Counsel for
Plaintiffs*

Dated: October 6, 2025                    WOLF HALDENSTEIN ADLER
                                          FREEMAN & HERZ LLP

                                   By:  /s/ Alex Tramontano
                                   *As authorized on October 6, 2025*

                                   Betsy C. Manifold
                                   Rachele R. Byrd
                                   Alex J. Tramontano
                                   750 B Street, Suite 1820
                                   San Diego, CA 92101
                                   Tel: (619) 239-4599
                                   Fax: (619) 234-4599
                                   manifold@whafh.com
                                   byrd@whafh.com
                                   tramontano@whafh.com

                                   KUEHN LAW, PLLC
                                   Justin A. Kuehn
                                   Molly Brown
                                   53 Hill Street, Suite 605
                                   Southampton, NY 11968
                                   Tel: (833) 672-0814
                                   justin@kuehn.law
                                   molly@kuehn.law

                                   *Attorneys for Plaintiff Travis
                                   Tanasse and Co-Lead Counsel for
                                   Plaintiffs*

**ORDER**

   Pursuant to the stipulation, IT IS SO ORDERED.


Dated:  October 7, 2025

**WILLIAM B. SHUBB**
**UNITED STATES DISTRICT JUDGE**