BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No. 2:25-CV-00777-WBS-JD <br><br> **NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF DERIVATIVE ACTION** <br><br> Senior Judge William B. Shubb |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **November 24, 2025**, at **1:30 p.m.**, or as soon thereafter as the matter may be heard, Plaintiffs Thomas Kaspar and Travis Tanasse (together, "Plaintiffs")[1] in the above-captioned shareholder derivative action brought on behalf of Nominal Defendant Origin Materials, Inc. ("Origin" or the "Company"), will and hereby move before the Honorable William B. Shubb, United States District Court Judge, in Courtroom 5 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, to grant this Unopposed Motion for Preliminary Approval of Derivative Settlement ("Motion"), which settlement (the "Settlement") is set forth in the Stipulation and Settlement Agreement dated October 17, 2025 (the "Stipulation" or "Stip."), and filed herewith.

Fed. R. Civ. P. 23.1 requires Court approval of any settlement, voluntary dismissal, or compromise of derivative claims. Fed. R. Civ. P. 23.1(c). Specifically, the Plaintiffs respectfully request the Court:

(1)  Find that the Settlement has been negotiated at arm's-length;

(2)  Preliminarily approve the Settlement as fair, reasonable, adequate, and in the best interests of the Plaintiffs and Origin;

(3)  Approve the Plaintiffs' proposed form, manner and distribution of the Notice;

(4)  Set a deadline for shareholders to object to the Settlement;

(5)  Set a deadline for Plaintiffs' Counsel to submit a motion for Final Approval, Attorneys Fees, Expenses and Service Awards, and for any opposition thereto; and

(6)  Schedule a Fairness and Final Approval Hearing.

The Plaintiffs understand that Defendant does not oppose this Motion. This Motion is supported by and based upon the concurrently filed Memorandum of Points and Authorities, Declaration of Timothy J. MacFall, the attached Stipulation and exhibits thereto, and such additional evidence or argument as may be required by the Court.

---

[1] Stockholder Randell Yaden, who served a litigation demand on behalf of Origin, dated March 4, 2025, on the Company's Board of Directors also joins in the Stipulation and supports this motion.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: October 17, 2025 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| | By: */s/ Alex J. Tramontano* |
| | ALEX J. TRAMONTANO |
| | Betsy C. Manifold |
| | Rachele R. Byrd |
| | Alex J. Tramontano |
| | 750 B Street, Suite 1820 |
| | San Diego, CA 92101 |
| | Tel: (619) 239-4599 |
| | Fax: (619) 234-4599 |
| | manifold@whafh.com |
| | byrd@whafh.com |
| | tramontano@whafh.com |
| | *Counsel for Plaintiffs* |
| | **RIGRODSKY LAW, P.A.** |
| | Timothy J. MacFall |
| | Samir Aougab |
| | 825 East Gate Boulevard, Suite 300 |
| | Garden City, NY 11530 |
| | Tel: (516) 683-3516 |
| | tjm@rl-legal.com |
| | sa@rl-legal.com |
| | *Co-Lead Counsel for Plaintiffs* |
| | **KUEHN LAW, PLLC** |
| | Justin A. Kuehn |
| | Molly Brown |
| | 53 Hill Street, Suite 605 |
| | Southampton, NY 11968 |
| | Tel: (833) 672-0814 |
| | justin@kuehn.law |
| | molly@kuehn.law |
| | *Co-Lead Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

                                            */s/ Alex J. Tramontano*
                                            ALEX J. TRAMONTANO